## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ERIC DAVID, ET AL** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Civil Action No.: WMN-02-3573** |
| **RADCLIFFE JEWELERS, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO ENLARGE TIME FOR DEFENDANTS BALTIMORE COUNTY AND R.M. HARRISON TO RESPOND TO  COMPLAINT

The Plaintiffs and Defendants, Baltimore County and R.M. Harrison, by

their undersigned counsel, hereby stipulate and agree to enlarge the time for the

filing of the Defendants' Response to the Plaintiffs Complaint to and including

December 26, 2002.

Ted Williams, Esquire
1200 G Street, N.W.
Suite 800
Washington, DC 20005
Attorney for Plaintiffs

James J. Nolan, Jr.
Assistant County attorney
400 Washington Avenue
Towson, MD 21204
Attorney for Defendants Baltimore
County and R. M. Harrison

So Ordered, this ___2ᵏᵈ___ day of ___December___, 2002.

_____
Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _29th_ day of November, 2002, a copy

of the foregoing Stipulation to Enlarge Time for Defendants Baltimore County and

R. M. Harrison to Respond to Complaint was sent via U.S. First Class Mail,

postage prepaid, to:

> Ted J. Williams, Esquire
> 1200 G Street, N.W.
> Suite 800
> Washington, D.C. 20005
> Attorneys for Plaintiffs David and Thomas

> Radcliffe Jewlers
> Eric Harris
> 825 Dulaney Valley Road
> Towson Town Center Mall
> Towson, MD 21204

James J. Nolan, Jr.