IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC DAVID, et al. | * |
| Plaintiffs | * |
| v. | *   Civil Action No. WMN 02-CV3573 |
| RADCLIFFE JEWELERS, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the foregoing Joint/Consent Motion to Extend Time for Filing of a Responsive Pleading, it is this 9th day of December, 2002, by the United States District Court for the District of Maryland,

ORDERED that the Joint/Consent Motion be and hereby is GRANTED; and it is further

ORDERED that Defendants, Radcliffe Jewelers and Eric Harris, have until December 27, 2002 to file a responsive pleading to Plaintiffs' Complaint.

_____
JUDGE

copies to:

Ted J. Williams, Esquire
Suite 800
1200 G Street, N.W.
Washington, D.C. 20005

Robert L. Hebb, Esquire
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201