UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC DAVID, et al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) Civil Action No. WMN-02-3573 |
| v. | ) |
| | ) |
| WOOD-STICKELL & ASSOCIATES, et al. | ) |
| | ) |
| Defendants | ) |

## CONSENT AND STUPULATION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiffs pursuant to the rules of this Court and respectfully moves this Honorable Court for an enlargement of time within which to respond to the Defendants' Motion to Dismiss or, in the Alternative for Summary Judgment up to and including February 4, 2003. As grounds for this request, said plaintiffs states as follows:

The Plaintiffs and Defendant Baltimore County, by thier undersigned counsel, hereby stipulate and consent to enlarge the time for the filing of the Plaintiffs' Response to Defendants' Motion to Dismiss or, in the Alternative for Summary Judgment to and including February 4, 2003.

| | |
|---|---|
| Ted Williams, Esquire | James J. Nolan, Jr. |
| 1200 G Street, N.W. | Assistant County Attorney |
| Suite 800 | 400 Washington Avenue |
| Washington, DC 20005 | Towson, MD 21204 |
| Attorney for Plaintiffs | Attorney for Defendants Baltimore County |

So Ordered, this 17th day of January, 2003

_____
Judge



## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Consent Motion for An Enlargement of Time was sent by Facsimile, this 15th day of January, 2003 to:

James J. Nolan, Esquire
Assistant County Attorney
400 Washington Avenue
Towson, Maryland 21202

Robert L. Hebb, Esquire
Semmes, Bowen, Semmes
250 West Pratt Street
Baltimore, Maryland 21201

Ted J. Williams, Esq.