UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB -4 P 4: 46

CLERK'S OFFICE
AT GREENBELT
BY_____DEPUTY

| | |
|---|---|
| ERIC DAVID, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) Civil Action No.: WMN-02-3573 | |
| v. ) | |
| ) | |
| RADCLIFFE JEWELERS, et al. ) | |
| ) | |
| Defendants ) | |

### STIPULATION TO ENLARGE TIME TO RESPOND
### TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiffs pursuant to the rules of this Court and respectfully moves this Honorable Court for an enlargement of time within which to respond to the Defendants' Motion to Dismiss or, in the Alternative for Summary Judgment up to and including February 17, 2003.[1] As grounds for this request, said plaintiffs states as follows:

The Plaintiffs and Defendant Baltimore County, by thier undersigned counsel, hereby stipulate and consent to enlarge the time for the filing of the Plaintiffs' Response to Defendants' Motion to Dismiss or, in the Alternative for Summary Judgment to and including February 17, 2003.

_____
Ted Williams, Esquire
1200 G Street, N.W.
Suite 800
Washington, DC 20005
Attorney for Plaintiffs

_____
James J. Nolan, Jr.
Assistant County Attorney
400 Washington Avenue
Towson, MD 21204
Attorney for Defendants Baltimore County

So Ordered, this __6th__ day of __February__, 2003

_____
Judge

---

[1]/ On January 15, 2003 the parties filed a motion to enlarge time to respond to defendant's summary judgment and said motion was granted. The parties do not envision any further request.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Stipulation Motion for An Enlargement of Time was sent by Facsimile, this 4h day of February to:

James J. Nolan, Esquire  Robert L. Hebb, Esquire
Assistant County Attorney  Semmes, Bowen, Semmes
400 Washington Avenue  250 West Pratt Street
Towson, Maryland 21202  Baltimore, Maryland 21201



Ted J. Williams, Esq.