# EXHIBIT -1

**Office of Law**

400 Washington Avenue
Towson, Maryland 21204
Tel: 410-887-4420 • Fax: 410-296-0931



# Baltimore County

*One of the Best-Managed Counties in America*

*James T. Smith, Jr., County Executive*
*Edward J. Gilliss, County Attorney*

October 7, 2003

<u>**VIA FACSIMILE 202-347-3378**</u>
<u>**& U.S. MAIL**</u>
Ted J. Williams, Esquire
Suite 800
1200 G Street, N.W.
Washington, DC 20005

<u>**VIA FACSIMILE 410-539-5223**</u>
<u>**&. U.S. MAIL**</u>
Robert L. Hebb, Esquire
Semmes, Bowen & Semmes
150 W. Pratt Street
Baltimore, MD 21201

Re:   Eric David, et al v. Radcliffe Jewelers, et al.
      Civil No. WMN-02-3573

Gentlemen,

    The purpose of this letter is to provide you with Defendant R. M. Harrison's Rule 26(a)(2) disclosures. Defendant Harrison will call as an expert witness Howard P. Gersh, Legal Director of the Baltimore County Police Department. Mr. Gersh has not been retained or especially employed to provide expert testimony in this case, nor do his duties as an employee of the Baltimore County Police Department regularly involve giving expert testimony. Accordingly, this disclosure is not accompanied by a written report prepared and signed by Mr. Gersh.

    Mr. Gersh will testify that there was probable cause to arrest the Plaintiffs. He will render his opinion as to the meaning of probable cause and as to the applicability of Article 27, §594B and provisions of the Field Manual of the Baltimore County Police Department.

Very truly yours,

James J. Nolan, Jr.
Assistant County Attorney

JJN,Jr./ch



# EXHIBIT -2

Case 1:02-cv-03573-WMN    Document 20-2    Filed 10/20/2003    Page 3 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC DAVID, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN 02-CV3573 |
| RADCLIFFE JEWELERS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

### EXPERT DISCLOSURES

The Defendants, Radcliffe Jewelers and Eric Harris, by their attorneys, Robert L. Hebb and Semmes, Bowen & Semmes, hereby proffer their 26(a)(2) Disclosures, and with good cause state:

1.  The Defendants reserve the right to call an expert witness(es) to address issues of security, theft prevention, probable cause, and reasonable suspicion. The expert(s) may be expected to proffer opinions that the conduct of the Defendants, including Radcliffe and Mr. Harris, was appropriate under the circumstances. The experts are expected to proffer that the experts have reasonable that a theft occurred by the direction of the Plaintiffs. In addition, the experts may be expected to proffer opinions that the Defendants had probable cause that the Plaintiffs perpetrated the theft in question. In addition, the experts may be expected to proffer opinions that under the known facts the Defendants had reasonable suspicion and probable cause to believe that the Plaintiffs perpetrated a theft.

2.  As the Plaintiffs depositions have been recently taken and transcripts have not been provided, reports have not been prepared. Once reports have been prepared, they will be

promptly forwarded to co-parties. The Defendants' experts may include but are not limited to Major Michael J. Fischer, 1875 Upper Forde Lane, Hampstead, Maryland 21074; George (Gee) Cosper, Gee Cosper & Associates, 1501 Sulgrave Avenue, Suite 202, Baltimore, Maryland 21209; and the expert identified by Co-Defendant, Howard P. Gersh, Baltimore County Police Department

3. The Defendants ~~...~~

4. The Defendants reserve the right to rely upon themselves as experts.

_Robert L. Hebb_
Robert L. Hebb
Bar No. 23425
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendants,
Radcliffe Jewelers and Eric Harris

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2003, a copy of the foregoing Expert Disclosures was sent via facsimile and mailed, first-class, postage prepaid, to Ted J. Williams, Esquire, Suite 800, 1200 G Street, N.W., Washington, D.C. 20005, Attorney for Plaintiffs; and James J. Nolan, Jr., Esquire, Assistant County Attorney, 400 Washington Avenue, Towson, Maryland 21204, Attorney for R. M. Harrison and Baltimore County Police Department.

_Robert L. Hebb_
Robert L. Hebb

(B0377823.WPD:1F:11961-3)