UNITED STATES DISTRICT COURT
FOR THE STATE OF MARYLAND

| | |
|---|---|
| ERIC DAVID, et al. | ) |
|         Plaintiffs | ) |
| v. | ) |
| | ) Civil Action No. WMN-02-3573 |
| RADCLIFFE JEWELERS, et al. | ) |
|         Defendants | ) |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion To Strike Defendants' Experts and To Stay Discovery Concerning Defendants' Experts and the Naming of a Rebuttal Expert, the Defendants' opposition thereto, the record herein, and good cause having been shown, it is this ____day of_____ 2003,

ORDERED: that Plaintiffs' motion be and is hereby Granted and it is Further ordered that in light of this ruling Plaintiffs need not name a rebuttal expert.

                                                                    JUDGE