IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC DAVID, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.:  WMN 02-CV3573 |
| RADCLIFFE JEWELERS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO FILE RESPONSE TO PLAINTIFFS' MOTION**

The parties, by their undersigned counsel, hereby stipulate to the extension of time for the Defendants to respond to the "Plaintiffs' Motion to Strike Defendants' Experts and to Stay Discovery Concerning Defendants' Experts and the Naming of a Rebuttal Expert Pending a Ruling on this Motion" until and throughout November 12, 2003.

| | |
|---|---|
| /s/ | /s/ |
| Ted J. Williams | Robert L. Hebb |
| Suite 800 | Semmes, Bowen & Semmes |
| 1200 G Street, N.W. | 250 West Pratt Street |
| Washington, D.C. | Baltimore, Maryland 21201 |
| (202) 434-8744 | (410) 539-5040 |
| | |
| Attorney for Plaintiffs, | Attorneys for Defendants, |
| Eric David and Tony Thomas | Radcliffe Jewelers and Eric Harris |
| | |
| | /s/ |
| | James J. Nolan, Jr. |
| | Assistant County Attorney |
| | 400 Washington Avenue |
| | Towson, Maryland 21204 |
| | (410) 887-4420 |
| | |
| | Attorney for Defendants, |
| | Baltimore County and R. M. Harrison |

IT IS SO HEREBY ORDERED, this _____ day of _____, 2003.

                                                                                              _____
                                                                                              Judge William M. Nickerson
                                                                                              Senior United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation was electronically filed in this case on October 30, 2003, and served electronically on Ted J. Williams, Esquire, Suite 800, 1200 G Street, N.W., Washington, D.C. 20005, Attorney for Plaintiffs; and James J. Nolan, Jr., Esquire, Assistant County Attorney, 400 Washington Avenue, Towson, Maryland 21204, Attorney for R. M. Harrison and Baltimore County Police Department.

                                                                                                 /s/_____
                                                                                               Robert L. Hebb

(B0384003.WPD;1); 11961-3