# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**ERIC DAVID, et al.**                    *

    **Plaintiffs**                    *

**v.**                    *          **Civil Action No.: WMN-02-3573**

**RADCLIFFE JEWELERS, et al.**     *

    **Defendants**                    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED AMENDMENT OF THE SCHEDULING ORDER

The parties in the above-captioned action, by undersigned counsel, respectfully stipulate and agree to extend the current deadlines in the Court's Scheduling Order in accordance with the following Amended Scheduling Order:

Discovery Deadline/Submission of Status Report          December 24, 2003

Request for Admissions          January 6, 2004

Dispositive Motions          January 22, 2004

_____/s/_____          _____/s/_____
Ted J. Williams          James J. Nolan, Jr.
Attorney for Plaintiffs          Attorney for Defendant Harrison

_____/s/_____
Robert L. Hebb
Attorney for Defendants Harris and
Radcliffe Jewelers

SO ORDERED, this _____ day of _____, 2003.

_____
William N. Nickerson
Senior United States District Judge