IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC DAVID, et al.

                          Civil Action WMN-02-3573

RADCLIFFE JEWELERS, et al.

### ORDER

In accordance with the foregoing memorandum, and for the reasons stated therein, IT IS this 4th day of December, 2003, by

United States District Court for the District of Maryland, ORDERED:

1 That Plaintiff's Motion to Strike Defendants' Experts and to Stay Discovery Concerning Defendants' Experts and the Naming of a Rebuttal Expert Pending a Ruling on this Motion  Paper No 20 is DENIED; and

2) That the Clerk of Court shall mail or transmit a copy of this Memorandum and Order to all counsel of record.

/s/
_____
William M. Nickerson
Senior United States District Judge