IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ERIC DAVID, ET AL**          *

    **Plaintiff**              *

**v.**                          *          **Civil Action No.: WMN-02-3573**

**RADCLIFFE JEWELERS, et al.**

    **Defendants**

### DECLARATION OF LT. RANDY GURALECZKA

I, Lt. Randy Guraleczka, do hereby state as follows:

1. I am over the age of 18 and am competent to testify to the following matters which are based upon my personal knowledge or are otherwise admissible in evidence.

2. I am currently a Lieutenant with the Baltimore County Police Department. I have been a member of the Baltimore County Police Department for 16 1/2 years. I currently work at Precinct 6 in Towson, Maryland as a Shift Commander.

3. I am aware of the allegations which have been made by the Plaintiffs in the above-captioned case and I have reviewed the Complaint.

4. On April 6, 2001, I was the Shift Commander for the evening shift. Corporal Bryan Kelly consulted me that evening concerning an incident that occurred at Radcliffe Jewelers at Towsontowne Mall. Corporal Kelly advised me that Officer R. M. Harrison had been dispatched to the location for investigation of the theft of a ring by the Plaintiffs.

5. Upon arrival at the scene of Radcliffe Jewelers, Officer Harrison spoke with Eric Harris, an employee of Radcliffe Jewelers and a former Baltimore County Police Officer. Officer Harrison then contacted Corporal Bryan Kelly for advise as to how to handle the situation. Corporal Kelly then consulted with me.

6. 1 called Eric Harris directly to confirm his first-hand knowledge of the situation. Mr. Harris confirmed that he was showing a ring from a full display case that he had placed on the counter. One of the Plaintiffs distracted his attention and when he looked back there was a ring missing from the display case. Mr. Harris did not witness Mr. Thomas or Mr. David take the ring, but he confirmed to me that he was sure that there were rings in every slot of the display case when he placed it on the counter. It was my further understanding from

Corporal Kelly that the surveillance tape appeared to show one of the Plaintiffs handing the other something.

    7. I made the decision that both subjects should be arrested and brought back to the Towson Precinct. This decision was based upon my belief that there was more than sufficient probable cause to arrest the subjects. There was probable cause to arrest the subjects based upon the statement of Eric Harris which I personally confirmed. In addition, the value of the ring was in excess of $500.00, making the theft of the ring a felony and permitting the arrest of the suspects and their transportation to the precinct.

    I DO HEREBY SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT.

_____/s/_____      _____12/24/02_____
Lt. Randy Guraleczka      Date