UNITED STATES DISTRICT COURT
FOR THE STATE OF MARYLAND

| | |
|---|---|
| ERIC DAVID, et al. | ) |
| | ) |
|       Plaintiffs | ) |
| v. | ) |
| | ) Civil Action No. WMN-02-3573 |
| RADCLIFFE JEWELERS, et al. | ) |
| | ) |
|       Defendants | ) |
| | ) |

NOTICE TO WITHDRAW PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES now the Plaintiffs by and through their attorney, Ted Justice Williams and respectfully withdraw their motion for leave to file an amended complaint.

Respectfully submitted,


LAW OFFICES OF TED J. WILLIAMS



BY:_____/s/_____
      TED J. WILLIAMS
      Bar No.:
      1200 G Street, N.W.
      Suite 800
      Washington D.C. 20005
      (202) 434-8744

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion To Withdraw Plaintiffs' Motion to File An Amended Complaint was mailed electroically this 15th day of December, 2003 to the following:

Robert L. Hebb, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201


James J. Nolan, Esquire
Assistant County Attorney
County Administration Building
400 Washington Avenue, Room 219
Upper Marlboro, Maryland 20772



_____/s/_____
 Ted J. Williams