IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC DAVID, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.:  WMN 02-CV3573 |
| RADCLIFFE JEWELERS, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATED AMENDMENT OF THE SCHEDULING ORDER

The parties in the above-captioned action, by their undersigned counsel, respectfully stipulate and agree to extend the current deadlines in the Court's Scheduling Order in accordance with the following Amended Scheduling Order:

| | |
|---|---|
| Discovery Deadline/Submission of Status Report | January 24, 2004 |
| Request for Admissions | February 6, 2004 |
| Disposition Motions | February 22, 2004 |

  /s/  
Ted J. Williams  
Suite 800  
1200 G Street, N.W.  
Washington, D.C.  
(202) 434-8744  

Attorney for Plaintiffs,  
Eric David and Tony Thomas  

  /s/  
Robert L. Hebb  
Semmes, Bowen & Semmes  
250 West Pratt Street  
Baltimore, Maryland 21201  
(410) 539-5040  

Attorneys for Defendants,  
Radcliffe Jewelers and Eric Harris  

  /s/  
James J. Nolan, Jr.  
Assistant County Attorney  
400 Washington Avenue  
Towson, Maryland 21204  
(410) 887-4420  

Attorney for Defendants,  
Baltimore County and R. M. Harrison

IT IS SO HEREBY ORDERED, this _____ day of _____, 2003.

_____
William M. Nickerson
Senior United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation was electronically filed in this case on December 23, 2003, and served electronically on Ted J. Williams, Esquire, Suite 800, 1200 G Street, N.W., Washington, D.C. 20005, Attorney for Plaintiffs; and James J. Nolan, Jr., Esquire, Assistant County Attorney, 400 Washington Avenue, Towson, Maryland 21204, Attorney for R. M. Harrison and Baltimore County Police Department.

_____/s/_____
Robert L. Hebb

(B0396920.WPD;1); 11961-3