### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ERIC DAVID, ET AL** | * | |
|    **Plaintiff** | * | |
| v. | * | Civil Action No.: WMN-02-3573 |
| **RADCLIFFE JEWELERS, et al.** | * | |
|    **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT RASHELLE HARRISON'S
### REQUEST FOR ADMISSIONS OF FACT

Defendant Harrison requests that the Plaintiffs individually to admit the truth of the following matters:

1. The Plaintiffs are no longer in possession of the "clothing, shoes, hats, and jewelry worn by them on April 6, 2001".

2. The Plaintiffs were arrested by Officer Harrison based upon information provided by Defendant Eric Harris to Officer Harrison and to Lt. Randy Guraleczka.

                                                  EDWARD J. GILLISS
                                                County Attorney

/s/
_____
JAMES J. NOLAN, JR.
Assistant County Attorney
400 Washington Avenue
Towson, MD 21204
410-887-4420

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2004, Defendant Rashelle Harrison's Request for Admissions of Fact was sent via First Class U.S. Mail, postage prepaid, to:

Ted J. Williams, Esquire
1200 G. Street, N.W., Suite 800
Washington, DC 20005

Robert L. Hebb, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201

/s/
_____
James J. Nolan, Jr.

2