IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC DAVID, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.:  WMN 02-CV3573 |
| RADCLIFFE JEWELERS, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION TO EXTEND TIME FOR DEFENDANTS, BALTIMORE COUNTY
AND R. M. HARRISON, TO FILE DISPOSITIVE MOTION**

The parties, by their undersigned counsel, hereby stipulate to the extension of time for the

Defendants, Baltimore County and R. M. Harrison, to file dispositive motions until March 8,

2004.  This Stipulation is proffered due to the unfortunate loss of defense counsel, James Nolan's

father on February 20, 2004.


_____/s/_____
Ted J. Williams
Suite 800
1200 G Street, N.W.
Washington, D.C.
(202) 434-8744

Attorney for Plaintiffs,
Eric David and Tony Thomas

_____/s/_____
Robert L. Hebb
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendants,
Radcliffe Jewelers and Eric Harris


_____/s/_____
James J. Nolan, Jr.
Assistant County Attorney
400 Washington Avenue
Towson, Maryland 21204
(410) 887-4420

Attorney for Defendants,
Baltimore County and R. M. Harrison

IT IS SO HEREBY ORDERED, this _____ day of _____, 2004.


_____
William M. Nickerson
Senior United States District Court Judge


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation was electronically filed in this case on February 20, 2004, and served electronically on Ted J. Williams, Esquire, Suite 800, 1200 G Street, N.W., Washington, D.C. 20005, Attorney for Plaintiffs; and James J. Nolan, Jr., Esquire, Assistant County Attorney, 400 Washington Avenue, Towson, Maryland 21204, Attorney for R. M. Harrison and Baltimore County Police Department.


_____/s/_____
Robert L. Hebb

(B0410945.WPD;1); 11961-3