IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC DAVID, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN 02-CV3573 |
| RADCLIFFE JEWELERS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**MOTION FOR SUMMARY JUDGMENT**

The Defendants, Radcliffe Jewelers and Eric Harris, by their attorneys, Robert L. Hebb and Semmes, Bowen & Semmes, respectfully file this Motion for Summary Judgment, and with good cause state:

1. That there is no genuine dispute as to any of the material facts in this case and Defendants are entitled to judgment as a matter of law.

2. That Defendants are immune from all liability pursuant to the Maryland Shopkeepers statute; Md. Cts & Jud. Proc. Code Ann. §5-402 (2002).

3. That the attached Memorandum of Law is prayed to be read as part hereof.

WHEREFORE, Defendants, Radcliffe Jewelers and Eric Harris, respectfully requests that this Honorable Court grant this Motion for Summary Judgment.

/s/
Robert L. Hebb
Federal Bar No. 23425
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040
Attorneys for Defendants
Radcliffe Jewelers and Eric Harris

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2004, a copy of the foregoing Motion for Summary Judgment, Memorandum in Support thereof, Notice of Lengthy Exhibit, proposed Order and Request for Hearing was filed electronically and served electronically and/or mailed, first-class, postage prepaid, to: Ted J. Williams, 1200 G Street, N.W., Suite 800, Washington, D.C. 20005, Attorney for Plaintiffs; and to James J. Nolan, Jr., Esquire, Assistant County Attorney, 400 Washington Avenue, Towson, Maryland 21204, Attorney for R. M. Harrison and Baltimore County Police Department.

/s/
Robert L. Hebb

(B0411179.WPD;1); 11961-3