IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC DAVID, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN 02-CV3573 |
| RADCLIFFE JEWELERS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibits 1 through 9, which are attachments to the Memorandum in Support of Motion for Summary Judgment, exist only in paper format and if scanned will be larger than 1.5 MD. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

    /s/
Robert L. Hebb
Federal Bar No. 23425
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland  21201
(410) 539-5040
Attorneys for Defendants
Radcliffe Jewelers and Eric Harris

(B0411351.WPD;1); 11961-3