IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC DAVID, et al.                                    *

           Plaintiffs                        *

    v.                                               *        Civil Action No.:  WMN 02-CV3573

RADCLIFFE JEWELERS, et al.                 *

           Defendants                      *

    *    *    *    *    *    *    *    *    *

**ORDER**

Upon consideration of Defendants', Eric Harris and Radcliffe Jewelers, Motion for

Summary Judgment, and any opposition thereto, it is this _____ day of _____,

2003, by the United States District Court for the District of Maryland,

ORDERED that Defendants' Motion for Summary Judgment be and hereby is

GRANTED; and it is further

ORDERED that the above-captioned action be and hereby is DISMISSED WITH

PREJUDICE.

                                                 _____

                                                      JUDGE

copies to:

Ted J. Williams, Esquire
1200 G Street, N.W., Suite 800
Washington, D.C. 20005

Robert L. Hebb, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland  21201

James J. Nolan, Jr., Esquire
Assistant County Attorney
400 Washington Avenue
Towson, Maryland 21204