IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC DAVID, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN 02-CV3573 |
| RADCLIFFE JEWELERS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## REQUEST FOR HEARING

The Defendants, Radcliffe Jewelers and Eric Harris, by their attorneys, Robert L. Hebb and Semmes, Bowen & Semmes, respectfully request the opportunity to be heard on their Motion for Summary Judgment.

      /s/
Robert L. Hebb
Federal Bar No. 23425
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 576-4862

Attorneys for Defendants
Radcliffe Jewelers and Eric Harris

(B0411348.WPD;1); 11961-3