IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ERIC DAVID, et al.** | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN-02-3573 |
| **RADCLIFFE JEWELERS, et al.** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT HARRISON'S MOTION
### FOR SUMMARY JUDGMENT

Rashelle Harrison, Defendant, by undersigned counsel, pursuant to Fed.R.Civ.P. 56, respectfully moves the Court to enter summary judgment in her favor. The grounds for the Motion are set forth in the attached Memorandum and Appendix.

Respectfully submitted,

EDWARD J. GILLISS
County Attorney

_____
JAMES J. NOLAN, JR.
Assistant County Attorney
400 Washington Avenue
Towson, MD 21204
410-887-4420