IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ERIC DAVID, et al.** | * |
|     **Plaintiffs** | * |
| v. | *   Civil Action No.: WMN-02-3573 |
| **RADCLIFFE JEWELERS, et al.** | * |
|     **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon Defendant Harrison's Motion for Summary Judgment, and any Opposition thereto having been considered, it is

**ORDERED**, that Defendant Rashelle Harrison's Motion for Summary Judgment is hereby **Granted**; and it is further

**ORDERED**, that judgment be entered in favor of Defendant Rashelle Harrison.

 

                                             _____
                                            U.S. District Judge

                                            Date:_____