IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| ERIC DAVID, et. al. | * | |
| | * | |
| Plaintiffs | * | Civil Action No. WMN 02-CV3573 |
| | * | WMN 04-19 |
| v. | * | |
| | * | |
| RADCLIFFE JEWELERS, et al. | * | |
| | * | |
| Defendants. | * | |

**STIPULATION TO EXTEND TIME FOR PLAINTIFFS
TO FILE A RESPONSE TO DEFENDANTS' DISPOSITIVE MOTIONS**

The parties, by their undersigned counsel, hereby stipulate to the extension of time for the Plaintiffs to file responses to Defendants' dispositive motions to and until May 3, 2004. This stipulation is due to the fact that Defendants have filed three dispositive motions in total and Plaintiffs need additional time to respond.[1]

_____/s/_____
Ted J. Williams
Suite 800
1200 G Street, N.W.
Washington, D.C. 20005
(202) 434-8744

Attorney for Plaintiffs

_____/s/_____        _____/s/_____
Robert L. Hebb, Esq.                                    James J. Nolan, Esq.
Assistant County Attorney                          400 Washington Avenue
Semmes, Bowen & Semmes                       Towson, Maryland 21204
250 West Pratt Street                                   (410) 887-4420
Baltimore, Maryland 21201
(410) 539-5040

---

[1] Defendant Randy Guraleczka in a companion case has filed a dispositive motion. See *Eric David, et al. v. Randy Guraleczka, Civil Action No. WMN-04-19*.

Attorneys for Defendants

**IT IS SO HEREBY ORDERED,** this _____day of _____,2004

_____
William M. Nickerson
Judge

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation was electronically filed in this case on April 9, 2004, and served electronically on Robert Hebb, Esquire, Semmes, Bowen & Semmes, 250 West Pratt Street, Baltimore, Maryland 21201, Attorney for Radcliffe Jewelers and Eric Harris and James J. Nolan, Jr., Assistant County Attorney, 400 Washington Avenue, Towson, Maryland, 21204, Attorney for R.M. Harrison and Randy Guraleczka.

_____/s/_____
Ted J. Williams