# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ERIC DAVID, ET AL** | * |
|     **Plaintiff** | * |
| v. | *Civil Action No.: WMN-02-3573 |
| **RADCLIFFE JEWELERS, et al.** | * |
|     **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED EXTENSION OF TIME

The parties in the above-captioned action, by undersigned counsel, hereby stipulate and agree that the time for the filing of Defendant Rashelle Harrison's Reply to Plaintiffs' Opposition to Defendant Harrison's Motion for Summary Judgment be and the same is hereby extended to May 28, 2004.

/s/                                              /s/

_____     _____
Ted J. Williams, Esquire                      James J. Nolan, Jr., Esquire
1200 G Street, N.W.                          Assistant County Attorney
Suite 800                                        400 Washington Avenue
Washington, DC 20005                 Towson, MD 21204
Attorney for Plaintiffs                     Attorney for Defendant

So ordered, this _____ day of _____, 2004.

_____
U.S. District Court Judge