IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC DAVID, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|    v. | ) Civil Action No. 02-CV3573 (WMN) |
| | ) |
| RADCLIFFE JEWELERS, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**CONSENT MOTION PERMITTING PLAINTIFFS' NUNC PRO TUNC
MOTION TO SUBSTITUTE THEIR MOTION IN OPPOSITION
TO DEFENDANT HARRISON'S MOTION FOR SUMMARY JUDGMENT**

Come now Plaintiffs Eric David and Tony Lamont Thomas, by and through their counsel Ted J. Williams, and request this Honorable Court, Nunc Pro Tunc, permit Plaintiffs to substitute an original for a draft of their motion in opposition to Defendant Harrison's motion for summary judgment inadvertently electronically filed on April 30, 2004. If this Court is so inclined, Plaintiff request that they be allowed to file electronically their original motion within three days of the Court consenting to this request.

Defendants attorneys have been contacted and consent to this Motion.

                                  Respectfully submitted,

                                  _____/s/_____
                                  Ted J. Williams 414758
                                  1200 G Street, N.W.
                                  Suite 800
                                  Washington, D.C. 20005
                                  (202) 434-8744
                                  Attorney for Plaintiffs

**SO ORDERED, this _____ day of _____, 2004**

                                  _____
                                  **JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Consent Motion, Nunc Pro Tunc to Substitute his Opposition to Defendant Harrison's Motion for Summary Judgment were served by electronic mail and first class mail, postage pre-paid this 10th day of May, 2004 upon James J. Nolan, Jr., Esquire, Assistant County Attorney, 400 Washington Avenue, Towson, MD 21202, and upon Robert L. Hebb, Esquire, Semmes, Bowen & Semmes, 150 West Pratt Street, Baltimore, MD 21201.


_____/s/_____
Ted J. Williams