IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC DAVID, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN 02-CV3573 |
| RADCLIFFE JEWELERS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**STIPULATION TO EXTEND TIME FOR DEFENDANTS,
RADCLIFFE JEWELERS AND ERIC HARRIS
TO REPLY TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The parties, by their undersigned counsel, hereby stipulate and agree that the time for the filing of Defendants, Radcliffe Jewelers and Eric Harris' Reply to Pliantiffs' Opposition to Defendants' Motion for Summary Judgment be and the same is hereby extended to May 28, 2004.

___/s/_____   ___/s/_____
Ted J. Williams                              Robert L. Hebb
Suite 800                                    Semmes, Bowen & Semmes
1200 G Street, N.W.                          250 West Pratt Street
Washington, D.C.                             Baltimore, Maryland 21201
(202) 434-8744                               (410) 539-5040

Attorney for Plaintiffs,                     Attorneys for Defendants,
Eric David and Tony Thomas                   Radcliffe Jewelers and Eric Harris

IT IS SO HEREBY ORDERED, this _____ day of _____, 2004.

_____
William M. Nickerson
Senior United States District Court Judge

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Stipulation was electronically filed in this case on May 12, 2004, and served electronically on Ted J. Williams, Esquire, Suite 800, 1200 G Street, N.W., Washington, D.C. 20005, Attorney for Plaintiffs; and James J. Nolan, Jr., Esquire, Assistant County Attorney, 400 Washington Avenue, Towson, Maryland 21204, Attorney for R. M. Harrison and Baltimore County Police Department.

/s/
Robert L. Hebb

(B0432244.WPD;1); 11961-3