# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ERIC DAVID, ET AL** | * |
| **Plaintiff** | * |
| v. | *Civil Action No.: WMN-02-3573 |
| **RADCLIFFE JEWELERS, et al.** | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING LENGTHY DOCUMENT

Due to the size of Defendants' Harrison's Reply to Plaintiffs' Opposition to Motion for Summary Judgment and if scanned will be larger than 1.5 MB, it will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above to the Court and to counsel of record.

Respectfully submitted,

EDWARD J. GILLISS
County Attorney


_____/s/_____

JAMES J. NOLAN, JR.
Assistant County Attorney
400 Washington Avenue
Towson, MD 21204
410-887-4420
Attorney for Defendant Harrison