```
        MR. WILLIAMS:  Objection.
   A    Originally, when he first said, stop
joking, you guys took my ring, it was like, what?
But after he stood up and was agitated, I knew he
was, he wasn't playing.
   Q    He was serious that he thought he had a
ring missing?
        MR. WILLIAMS:  Objection.
   A    I think so.  I don't know if he was
serious or not, but it seemed like he was to us.
   Q    And it was your belief that he thought he
was missing a ring?
        MR. WILLIAMS:  Objection.
   A    I don't know.  I don't know what he
believed.  I don't know what he thought.  All I know
is, from my point of view, I didn't do anything.
   Q    Okay, and prior to the arrival of the
police, a security guard came over, I believe it was
a fiftyish-year-old white gentleman?
   A    Yes, he was a former officer.
   Q    Did you know that at the time?
```

95

```
 A      No, I did not know that he was a former
officer.
 Q      Do you know if he carried a weapon?
 A      I do not know if he had a weapon.
 Q      And when he came over, the way Mr. David
described it, it sounded like they had small talk at
first, you know, let's see if we can find the ring
on the floor or --
 A      That is correct.
 Q      All right, so it wasn't intimidating or
anything at that point, was it?
        MR. WILLIAMS:  Objection.
 A      It was still intimidating, yes.
 Q      Well at that point -- well, can you
describe the small talk.
 A      It wasn't small talk like, hey, how you
guys doing, it was small talk as far as -- actually,
it wasn't really like small talk.  He came, he
talked to Harris and as he was talking he was
looking around.  It wasn't small talk until after
Harris went in the back to view the tape.  David and
```

95
96

1  I with the security officer had small talk at that
2  point.
3      Q     All right, and that was for like 10, 15
4  minutes while Mr. Harris --
5      A     While he was in the back of the store;
6  that is correct.
7      Q     And when you say small talk during that
8  period of time, like what, just to ease the tension?
9      A     Just to ease a little bit of the tension,
10 I believe.
11     Q     Do you know what the security guy said?
12     A     Actually, from what I remember, we had
13 been talking about officers and their retirement
14 plans.
15     Q     Where was he when you were talking?
16     A     He was standing behind us or like in
17 between us, kind of, around us, but he wasn't in
18 front of us, he was close by us.
19     Q     Was his back against the wall?  I mean,
20 well, number one, was he behind you?
21     A     No, he was looking, he was behind us so

(410)  838 - 3810

```
 1   if anything, he was, in this display he was standing
 2   over here.
 3        Q    All right, and where were you?
 4        A    I was there and David was there.  We did
 5   not move.
 6        Q    And were you seated at the time?
 7        A    I believe I did stay seated.  I got up
 8   when he searched the chair, but other than that I
 9   believe I was seated.
10        Q    Did you or Mr. David ever walk around or
11   exit, I am sorry, walk around other parts of the
12   store --
13        A    No.
14        Q    -- while you were waiting for the police?
15        A    No, we sat.  We were fixed where we were
16   the whole time.
17        Q    Did anybody at the store tell you that
18   you were not allowed to leave the store?
19        A    No, I don't remember if they told us that
20   or not.
21        Q    Nobody actually physically touched you,
```