**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ERIC DAVID, <u>et al.</u>                :

v.                                      :    Civil Action No. WMN-02-3573

RADCLIFFE JEWELERS, <u>et al.</u>       :


\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

\* ERIC DAVID, <u>et al.</u>           :

v.                                      : Civil Action No. WMN-04-0019

RANDY GURALECZKA                        :

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

\*


<u>**ORDER**</u>


In accordance with the foregoing memorandum, and for the reasons stated therein, IT IS this 30th day of September, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That the Motion for Summary Judgment filed by Defendant Rashelle Harrison (Paper No. 40 in Civil Action No. WMN-02-3573) is GRANTED;

2. That the Motion for Summary Judgment filed by Radcliffe Jewelers and Eric Harris (Paper No. 39 in Civil Action No. WMN-02-3573) in GRANTED in part and DENIED in part in that it is GRANTED as to the claims against Radcliffe

Jewelers, but DENIED as to the claims against Eric Harris;

    3. That the Motion for Summary Judgment filed by Randy Guraleczka (Paper No. 5 in Civil Action No. WMN-04-19), is GRANTED and judgment is entered in favor of Defendant and against Plaintiffs;

    4. That Defendant Rashelle Harrison's Request for Admission of Fact, Paper No. 36, is DENIED as moot;

    5. That Civil Action No. WMN-04-19 is hereby CLOSED; and

    6. That the Clerk of Court shall mail or transmit a copy of this Memorandum and Order to all counsel of record.


                    /s/
_____
           William M. Nickerson
           Senior United States District Judge