# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

**Robert L. Hebb**
**Direct Dial: 410-576-4862**
**Email: rhebb@semmes.com**

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

December 22, 2004

## JOINT STATUS REPORT

The Honorable William M. Nickerson
Senior Judge
United States District Court
 for the District of Maryland
Chambers 3C
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    <u>Eric David, et al. v. Radcliffe Jewelers, et al.</u>
              Case No.:  WMN 02-CV-3573

Dear Judge Nickerson:

      Kindly accept this as a joint status report.

      A.    Discovery - The parties have completed discovery.

      B.    Pending Motions - At the present time, none. However, the parties reserve the right to file motions *in limine* prior to trial.

      C.    Dispositive Pretrial Motion - Dispositive motions have been filed and ruled upon.

      D.    Trial Date - At the present time, trial has not been scheduled. The parties respectfully request that mediation be scheduled before a Magistrate Judge prior to the scheduling of a trial date.

## SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

The Honorable William M. Nickerson
December 22, 2004
Page 2

      E.    Certification - Counsel for the parties have discussed settlement on multiple occasions, including in person and over the telephone. At the present time, the parties are in a difficult settlement posture as insurance coverage may not be applicable to the remaining Defendant.

      F.    Settlement/ADR Conference - The parties respectfully request that this case be scheduled for mediation before a United States District Court Magistrate Judge for the purposes of settlement and prior to the scheduling of trial.

      G.    The parties do not consent to proceedings, other than mediation, before a Magistrate Judge.

      H.    At the present time, there are no additional matters for which the parties would like to bring to the Court's attention.

Kindly accept this correspondence as the parties' joint status report. If you should have any questions or concerns, please feel free to contact counsel for either party.

                                      Very truly yours,

                                      Robert L. Hebb
                                      Counsel for Defendant, Eric Harris

                                      Ted J. Williams
                                      Counsel for Plaintiffs, Eric David
                                      and Tony Lamont Thomas

RLH/mml

B0486541.WPD - 11961-3