# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

**Robert L. Hebb**
**Direct Dial: 410-576-4862**
**Email: rhebb@semmes.com**

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

March 22, 2005

The Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

    Re:    <u>Eric David, et al. v. Radcliffe Jewelers, et al.</u>
           Case No.:  WMN 02-CV-3573

Dear Judge Grimm:

    Kindly accept this correspondence as a confirmation that the settlement conference in the above-entitled case has been rescheduled from April 13, 2005 to May 11, 2005 at 10:30 a.m.  The conference will be held in your chambers (Room 8B).  In addition, counsel are to follow the instructions as listed in your letter Order dated February 23, 2005.  Specifically, counsel are to provide *ex parte* letters to your attention by May 4, 2005 with the information requested in your February 23, 2005 Order.

    The new date of May 11, 2005 has been confirmed with your office as well as with Plaintiffs' counsel, Ted Williams.  If you should have any questions or concerns as to the above, please feel free to contact me.  Thank you for your attention in this matter.

                               Very truly yours,

                                      /s/

                               Robert L. Hebb

RLH/mml

cc:    Ted J. Williams, Esquire

B0507572.WPD - 11961-3