IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC DAVID, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN 02-CV3573 |
| RADCLIFFE JEWELERS, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their undersigned counsel, hereby stipulate to dismiss the above-captioned case and all claims between the parties with prejudice.

_____
Ted J. Williams
Suite 800
1200 G Street, N.W.
Washington, D.C. 20005
(202) 434-8744

Attorney for Plaintiffs,
Eric David and Tony Thomas

_____
Robert L. Hebb
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendants,
Radcliffe Jewelers and Eric Harris

B0527843.WPD; 11961-3